Carter, K.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-15-14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J. KEVIN BUCHI,

       Plaintiff,

  - against --

MESOBLAST LIMITED
SILVIU ITESCU,

       Defendants.
-----------------------------------------------------------X

Civil Action No.

1:13-cv-02986 (PKC) (DCF)

Electronically Filed

## STIPULATION OF DISMISSAL WITH PREJUDICE

  Pursuant to their Settlement Agreement and Release, plaintiff J. Kevin Buchi and defendants Mesoblast Limited and Silviu Itescu, through their undersigned attorneys, stipulate and agree that the above-captioned action shall be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure with each party to bear its own attorneys' fees and costs.

WHITE AND WILLIAMS LLP

By: _____
Thomas B. Fiddler (admitted *pro hac vice*)
Vincent N. Barbera (admitted *pro hac vice*)
1650 Market Street, Suite 1800
Philadelphia, PA 19103-7395
(Tel.) 215-864-7000

Mitchell G. Mandell
WHITE AND WILLIAMS LLP
One Penn Plaza
250 W. 34th Street, Suite 4110
New York, NY 10119
(Tel.) 212-244-9500
*Attorneys for Plaintiff
J. Kevin Buchi*

WILSON, SONSINI, GOODRICH &
ROSATI, P.C.

By: _____
Marina C. Tsatalis
Gerard D. O'Shea
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
(Tel.) 212-999-5800
*Attorneys for Defendants Mesoblast
Limited and Silviu Itescu*

JACKSON LEWIS, P.C.

By: _____
Wendy J. Mellk
666 Third Avenue
New York, NY 10017
(Tel.) 212-545-4000
*Attorneys for Defendant Silviu Itescu*

All MOTIONS ARE TERMINATED. CASE IS CLOSED

**SO ORDERED:**

_____
**U.S.D.J.**

12-15-14